**Order entered December 31, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01328-CV

## IN THE INTEREST OF J.S., JR. AND S.A.S., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-13-00877-W**

## ORDER

Before the Court is appellant's December 28, 2018 motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **January 14, 2019**. We caution appellant that further requests for extension in this accelerated appeal involving termination of parental rights will be disfavored.

/s/ ADA BROWN
JUSTICE